UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Caption in Compliance with D.N.J. LBR 9004-1(b)
Caption in Compliance with D.N.J. LBR 9004-2(c)
Karina Pia Lucid, Esq., LLC
3640 Valley Road, Suite 2-A, PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel: (908) 350-7505
Fax: (908) 350-4505
Attorney for Debtor(s), David Sadek

In Re:

David Sadek

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 2 6 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 11-36743

Chapter: 7

Judge: SLM

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

April 26, 2019

_[signature]_
Vincent F. Papalia, U.S.B.J.

After review of the application of _____ David Sadek _____ for the reduction of time for a hearing on  Motion to Reopen Proceedings, Impose Automatic Stay and Avoid Certain Liens _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ Tuesday, April 30, 2019 _____ at 10:00AM in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, NJ, 07102 _____, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all Purported Lienholders and their counsel, if known

by ☒ each, ☐ any of the following methods selected by the Court:
(if known)
☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors, the Chapter 7 Trustee and any party that filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Individuals listed in paragraph 2.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ *Non-moving* parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*