UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Caption in Compliance with D.N.J. LBR 9004-1(b)
Caption in Compliance with D.N.J. LBR 9004-2(c)
Karina Pia Lucid, Esq., LLC
3640 Valley Road, Suite 2-A, PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel: (908) 350-7505
Fax: (908) 350-4505
Attorney for Debtor(s), David Sadek

---

In Re:

David Sadek

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 2 6 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 11-36743

Chapter: 7

Judge: SLM

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

April 26, 2019

_____
Vincent F. Papalia, V.S.B.J.

After review of the application of _____ David Sadek _____ for the reduction of time for a hearing on  Motion to Reopen Proceedings, Impose Automatic Stay and Avoid Certain Liens _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ Tuesday, April 30, 2019 _____ at 10:00AM in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, NJ, 07102 _____, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all Purported Lienholders and their counsel, if known

by ☒ each, ☐ any of the following methods selected by the Court:
(if known)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors, the Chapter 7 Trustee and any party that filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Individuals listed in paragraph 2.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ *Non-moving* parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-36743-SLM
David Sadek                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db          +David Sadek,   100 Old Palisades Road,   Unit 3305,   Fort Lee, NJ 07024-7026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Holders of the GSAA Home Equity Trust 2007-1, Asset-Backed Certificates Series 2007-1
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Andrew P. Zacharda    on behalf of Plaintiff    Aurora Loan Services LLC
               azacharda@tompkinsmcguire.com
              Andrew P. Zacharda    on behalf of Creditor    Aurora Loan Services LLC
               azacharda@tompkinsmcguire.com
              Barry Scott Miller    on behalf of Debtor David  Sadek bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Barry Scott Miller    on behalf of Defendant David  Sadek bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Eric B. Levine    on behalf of Creditor    Windsor Park Condominium Levine@whafh.com
              Felice R. Yudkin    on behalf of Interested Party    18001 Collins Avenue Condominium Association
               fyudkin@coleschotz.com, fpisano@coleschotz.com
              James N. Lawlor    on behalf of Creditor    Metropolitan National Bank Mortgage Company, LLC
               jlawlor@wmd-law.com, jgiampolo@wmd-law.com
              Jeffrey S. Cianciulli    on behalf of Plaintiff    PNC BANK, NATIONAL ASSOCIATION
               jcianciulli@weirpartners.com, lobrien@weirpartners.com
              Jeffrey S. Cianciulli    on behalf of Creditor    PNC Bank, National Association
               jcianciulli@weirpartners.com, lobrien@weirpartners.com
              Jeffrey S. Cianciulli    on behalf of Creditor    PNC Bank jcianciulli@weirpartners.com,
               lobrien@weirpartners.com
              John F Newman    on behalf of Trustee Nicholas J. Delzotti johnfnewman@me.com
              John J. Roman    on behalf of Creditor    JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank
               jroman@hr-law.com, viviang@hr-law.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Pia Lucid    on behalf of Defendant David  Sadek klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Debtor David  Sadek klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin J. O'Connor    on behalf of Creditor    Palisades at Fort Lee Condominium Association, Inc.
               koconnor@lumlaw.com
              Laurence D. Pittinsky    on behalf of Creditor    Windsor Park Condominium larry@rpllplaw.com
              Maria A. Zarrella-Kershaw    on behalf of Plaintiff    Aurora Loan Services LLC
               mkershaw@tompkinsmcguire.com
              Moshie  Solomon    on behalf of Creditor Elisa  Cymet msolomon@moshiesolomonlaw.com,
               r56616@notify.bestcase.com
              Moshie  Solomon    on behalf of Creditor David  Cymet msolomon@moshiesolomonlaw.com,
               r56616@notify.bestcase.com
              Moshie  Solomon    on behalf of Plaintiff David  Cymet msolomon@moshiesolomonlaw.com,
               r56616@notify.bestcase.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Apr 26, 2019
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Moshie   Solomon    on behalf of Plaintiff Elisa  Cymet msolomon@moshiesolomonlaw.com,
               r56616@notify.bestcase.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Paul A. Sandars, III    on behalf of Creditor   Palisades at Fort Lee Condominium Association,
               Inc. psandars@lumlaw.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rhondi L. Schwartz    on behalf of Creditor   U.S BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND njbankruptcynotifications@logs.com
              Rhondi L. Schwartz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC., AS SERVICER FOR U.S. BANK,
               NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2007-1,
               ASSET-BACKED CERTIFICATES, SERIES 2007-1 njbankruptcynotifications@logs.com
              Steven R. Schoenfeld    on behalf of Creditor   PNC Bank, National Association srs@ddw-law.com,
               jpasternak@ddw-law.com;lbarry@ddw-law.com;eaisner@ddw-law.com;jcurley@ddw-law.com
                                                                                             TOTAL: 30
```